UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LEMUEL LEANDER COOPER,

    Plaintiff,

v.                                                  No. 3:21-cv-8-HES-PDB

INTERNAL REVENUE SERVICE,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before this Court following a Report and Recommendation, entered March 25, 2021, that recommends this case be dismissed without prejudice because Plaintiff Lemuel Leander Cooper has failed both to prosecute the case and obey a court order. (Dkt. 3).

No objections were filed to the Report and Recommendation as required.[1] After an independent review of the record and upon consideration of the Report and Recommendation, this Court finds that it is not clearly erroneous or contrary to the law and adopts the same in all respects.

Accordingly, it is hereby **ORDERED**:

    1. The Magistrate Judge's Report and Recommendation (Dkt. 3) is

---

[1] *See* the footnote on page two of the Report and Recommendation (Dkt. 4).

**ADOPTED**;

2. The case is **DISMISSED without prejudice**; and

3. The Clerk is **DIRECTED** to terminate all pending motions and close this case.

**DONE AND ENTERED** at Jacksonville, Florida, this 26t day of April, 2021.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

**Copies to**:
Hon. Patricia D. Barksdale
Lemuel Leander Cooper, *pro se* Plaintiff
    G15471
    Hardee Correctional Institution
    6901 State Road 62
    Bowling Green, Florida 33834